**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL ACTION NO.** |
| v. ) | **2:17cr430-MHT** |
| ) | **(WO)** |
| **KEVARCIEY LAQUARIUS SCOTT** ) | |
| and **TIMOTHY JASON** ) | |
| **ECKERMANN** ) | |

**FINAL ORDER OF FORFEITURE**

**WHEREAS**, on March 26, 2018, this court entered preliminary orders of forfeiture ordering defendants to forfeit their interest in a Haskell, model JHP .45 caliber pistol, bearing serial number X432144; a Romarm/Cugir, model GP WASR 10/63, .762 caliber rifle, bearing serial number IT-3055-79 and miscellaneous ammunition. (doc. nos. 85 and 86).

**WHEREAS**, notice of forfeiture was posted on an official government internet site for at least 30 consecutive days, beginning on May 12, 2018, and ending on June 10, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (doc. no. 93).

**WHEREAS**, no petitions of interest were filed within the required 30-day period. Therefore, any third-party interests are barred by failure of those parties to file a timely petition; and,

**WHEREAS**, the court finds that defendants have an interest in the properties that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c). The United States has established the requisite nexus between such property in the commission of the offenses in violation of 18 U.S.C. 922(g)(1).

It is hereby ORDERED that the United States' motion for a final order of forfeiture (doc. no. 126) is granted as follows:

(1) The following property is forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c): a Haskell, model JHP .45 caliber pistol, bearing serial number X432144; a Romarm/Cugir, model GP WASR 10/63, .762 caliber rifle, bearing serial number IT-3055-79 and miscellaneous ammunition.

(2) All right, title and interest to the property described above are condemned, forfeited, and vested in the United States and shall be disposed of according to law;

(3) The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order; and,

(4) The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 6th day of August, 2018.

                                          /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**