IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )      CRIMINAL ACTION NO.
     v.                      )         2:17cr430-MHT
                             )              (WO)
KEVARCIEY LAQUARIUS SCOTT    )
```

### ORDER

Based on the representations made on the record during the status conference on January 5, 2021, it is ORDERED that the United States Probation Office is to file by noon on January 8, 2021, a report explaining whether defendant Kevarciey Laquarius Scott received, as previously ordered by the court, mental-health counseling at least twice a month to address three issues: (1) his substance-abuse disorder, (2) his adjustment from the prison environment back into society, and (3) any other issues identified in the court-ordered mental-health evaluation. *See* Mental-Health Order (doc. no. 129) at 2. If defendant Scott did not receive such counseling on all three issues, the Probation Office shall explain why not,

including why it did not make a formal request to remove this requirement.

DONE, this the 6th day of January, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**