IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )     CRIMINAL ACTION NO.
     v.                       )        2:17cr430-MHT
                              )             (WO)
KEVARCIEY LAQUARIUS SCOTT     )
```

## MENTAL-HEALTH ORDER

During the revocation hearing on January 29, 2021, the court noted that defendant Kevarciey Laquarius Scott's long struggle with drug addiction is a major contributing factor to his criminal activity and ordered that he receive both intensive inpatient treatment and long-term, ongoing addiction treatment. The court also acknowledged Scott's difficult family background, which may have amounted to "adverse childhood experiences," or ACEs. As this court has explained in a prior opinion, *see United States v. Carter*, No. 2:20cr12-MHT, 2020 WL 7312182, at *4-5 (M.D. Ala. December 11, 2020) (Thompson, J.), ACEs are a category of traumatic experiences that occur during a

person's childhood and may powerfully affect brain development and life outcomes. The court believes that additional mental-health evaluation and treatment, including a thorough examination of possible ACEs in Scott's past, will help address the root cause of Scott's drug addiction and allow him to successfully rehabilitate.

***

Accordingly, it is ORDERED that:

(1) As a special condition of his supervised release, defendant Kevarciey Laquarius Scott is to enter the 30-day inpatient treatment program at Alethia House beginning on February 1, 2021, and is to complete the entire program and any recommended follow-up treatment.

(2) Upon defendant Scott's release from Alethia House, the United States Probation Office shall arrange for him to have a thorough mental-health evaluation performed by Dr. Adriana Flores, which should: (a) identify and recommend appropriate treatment for any

mental illnesses, substance-abuse disorders, or issues adjusting back into society; (b) address and recommend appropriate treatment for his addiction to drugs, including treatment to address its underlying causes; and (c) expressly discuss all mental-health issues, including but not limited to potential ACEs defendant Scott has experienced, and recommend appropriate treatment to address them.

(3) The United States Probation Office shall arrange, until further order of the court, for defendant Scott to receive mental-health treatment, which shall include counseling at least twice per month, to address the issues described in the evaluation.

(4) The United States Probation Office shall file a report of the mental-health evaluation under seal with the court within 30 days of receiving it.

DONE, this the 29th day of January, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**