IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
     v.                     )      2:17cr430-MHT
                            )          (WO)
KEVARCIEY LAQUARIUS SCOTT   )
```

ORDER

In light of the fact that the defendant Kevarciey Laquarius Scott has tested positive for COVID, it is ORDERED that the judgment (doc. no. 160) is vacated until further notice.  Defendant Scott is not to be released from custody.

DONE, this the 29th day of January, 2021.

                                  /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE