IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION NO. |
| v.  ) | 2:17cr430-MHT |
| ) | (WO) |
| KEVARCIEY LAQUARIUS SCOTT ) | |

ORDER

After holding a revocation hearing for defendant Kevarciey Laquarius Scott on January 29, 2021, the court was informed that Scott tested positive for COVID and could not be released to Alethia House on February 1, 2021, as planned. The court subsequently vacated its prior order. *See* Order (doc. no. 164). At the request of defense and government counsel, it is ORDERED that another hearing is set for 10:00 a.m. on February 9, 2021. The courtroom deputy is to arrange for the hearing to be conducted by videoconferencing and for Scott to participate. The courtroom deputy should also arrange for participation by a representative of the U.S. Marshal's Office.

DONE, this the 2nd day of February, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**