**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:17cr430-MHT** |
| | ) | **(WO)** |
| **KEVARCIEY LAQUARIUS SCOTT** | ) | |

**ORDER**

By agreement of the parties and based on the representations made on the record on June 29, 2021, it is ORDERED that defendant Kevarciey Laquarius Scott's conditions of supervised release are amended to add the following conditions:

(1) Within 35 days of the date of this order, the United States Probation Department is to arrange for defendant Scott to receive a psychiatric evaluation to address treatment for depression. The Probation Department is to file this report with the court under seal.

(2) Defendant Scott is to participate in Narcotics Anonymous or a similar organization, including having a sponsor.

(3) Defendant Scott is to continue to receive either individual or group counseling at least twice per month, until further order of the court.

It is further ORDERED that:

(1) By September 20, 2021, defense counsel and the Probation Department are to file a report regarding whether there has been compliance with the above conditions and whether defendant Scott has maintained his employment.

(2) A status conference is set for September 22, 2021, at 8:00 a.m.  The clerk of the court is to arrange for the conference to be conducted by telephone.

DONE, this the 29th day of June, 2021.

                                          /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE