IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
     v.                       )         2:17cr430-MHT
                              )             (WO)
KEVARCIEY LAQUARIUS SCOTT     )
```

## ORDER

Now before the court is the United States Probation Department's petition for early termination of defendant Kevarciey Laquarius Scott's supervised release.  Scott has completed 12 months of his 24-month term of supervised release.  The department represents that, during that time, Scott has complied with all conditions of supervision, including recommended mental-health and substance-use treatment.  The department further represents that Scott has maintained full-time employment and that all of his drug tests have been negative.  The court understands that the government does not oppose the petition.  Likewise, defense counsel has orally informed the court that Scott does not oppose the petition.

Accordingly, it is ORDERED that:

(1) The petition for early termination of supervised release (Doc. 180) is granted.

(2) Defendant Kevarciey Laquarius Scott's supervised release is terminated.

(3) Defendant Scott is discharged.

DONE, this the 14th day of March, 2022.

_/s/ Myron H. Thompson_
**UNITED STATES DISTRICT JUDGE**